```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 43199
   LORETTA HOOD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9288

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/22/2004 and was confirmed 02/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

     The case was paid in full 08/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED          14500.00       2366.68       14500.00
WELLS FARGO BANK          CURRENT MORTG        .00            .00            .00
RESURGENT ACQUISITION LL  UNSECURED          266.06            .00          45.23
RESURGENT ACQUISITION LL  UNSECURED          599.46            .00         101.91
ECAST SETTLEMENT CORP     UNSECURED          235.63            .00          40.06
JC PENNEY                 NOTICE ONLY     NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED        14520.56            .00        2468.50
ECAST SETTLEMENT CORP     UNSECURED         1265.76            .00         215.18
RESURGENT ACQUISITION LL  UNSECURED          493.37            .00          83.87
CITY OF CHICAGO PARKING   UNSECURED          700.00            .00         119.00
HOUSEHOLD FINANCE CORP    UNSECURED         2089.44            .00         355.20
AMERICREDIT               NOTICE ONLY     NOT FILED            .00            .00
CAPITAL ONE AUTO FINANCE  UNSECURED         6885.25            .00        1170.49
STEFANS STEFANS & STEFAN  REIMBURSEMENT      154.00            .00         154.00
WELLS FARGO BANK          MORTGAGE ARRE      500.00            .00         500.00
STEFANS STEFANS & STEFAN  DEBTOR ATTY      2,200.00                      2,200.00
TOM VAUGHN                TRUSTEE                                        1,499.91
DEBTOR REFUND             REFUND                                           486.95

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 26,306.98

PRIORITY                                         154.00
SECURED                                       15,000.00
    INTEREST                                   2,366.68
UNSECURED                                      4,599.44
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           1,499.91
DEBTOR REFUND                                    486.95

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 43199 LORETTA HOOD
```

```
                                 ---------------     ---------------
TOTALS                              26,306.98           26,306.98
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
Dated: 11/20/08                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 04 B 43199 LORETTA HOOD